IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRIS FORDHAM,                    )
                                  )
                    Plaintiff,    )
                                  )
          v.                      )     1:08CV00017
                                  )
BARR AND TUBBS,                   )
                                  )
                    Defendants.   )

## O R D E R

On January 10, 2008, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff objections de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that this action is dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

_____
United States District Judge

March 26, 2008